AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| TAREK EL-GHAZALY, M.D.,<br><br>*Plaintiff(s)*<br>v.<br>JASON KIM, M.D., WAYNE WALTZER, M.D., JOHN FITZGERALD, M.D., MS. LORA DEMPSEY, and ZHENYUE HUANG, M.D.,<br><br>*Defendant(s)* | Civil Action No. 25-cv-03939 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason Kim, M.D.; Wayne Waltzer, M.D.; John Fitzgerald, M.D.; Ms. Lora Dempsey; Zhenyue Huang, M.D. c/o Stony Brook University Hospital
101 Nicolls Road
Stony Brook, New York 11794
Suffolk County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph & Norinsberg
Jon Norinsberg
Bennitta Joseph
825 Third Ave., Suite 2100
New York, New York 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  7/17/2025                                                                  Roseann Guzzi

*Signature of Clerk or Deputy Clerk*

Civil Action No. 25-cv-03939

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature _____

Printed name and title _____

Server's address _____

Additional information regarding attempted service, etc: